UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**BOB WILLIAMS**                                                                                          **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 1:10CV-P123-M**

**MONROE COUNTY, KENTUCKY** *et al.*                                    **DEFENDANTS**

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous.

There being no just reason for delay in its entry, this is a **final** Order.

This Court further **certifies** that an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Monroe County Attorney
4414.005